UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN C. GRAVES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | No. 3:12-cv-0414 |
| v. ) | |
| ) | Judge Sharp |
| MID SOUTH WAFFLES, INC. d/b/a ) | |
| WAFFLE HOUSE, INC., ) | |
| ) | |
|    Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, *Defendant's Motion for Summary Judgment* (Docket Entry No. 35) is hereby GRANTED in part and DENIED in part. The motion will be granted with respect to Plaintiff's ADA and TDA discrimination claims but denied as to the ADA and TDA retaliation claims as well as the retaliatory discharge and punitive damages claims.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE