IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| CAROLYN C. GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CASE NO. 3:12-CV-0414 |
| | ) | JURY DEMAND |
| MID SOUTH WAFFLES, INC., d/b/a | ) | JUDGE SHARP |
| WAFFLE HOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation").

Accordingly, it is **ORDERED AND DECREED** as follows:

1. The Stipulation is hereby **APPROVED;**

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear her and its own costs and fees; and

3. The clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** this 37yj "f c{ "qh"Ugrvgo dgt."42370

_____
HONORABLE KEVIN H. SHARP
United States District Judge